Case 1:24-cv-00729   Document 2   Filed 05/01/24   Page 1 of 1 PageID# 145

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SOUNDCLEAR TECHNOLOGIES LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>GOOGLE LLC,<br><br>                    Defendants. | Case No. 1:24-cv-00729<br><br>**Jury Trial Demanded** |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, SoundClear Technologies LLC ("SoundClear"), certifies that it is wholly owned by SoundClear LLC. No publicly held corporation owns ten percent (10%) or more of SoundClear.

Dated: May 1, 2024

Respectfully submitted,

/s/ Chandran B. Iyer
Ronald M. Daignault (*pro hac vice to be filed*)*
Chandran B. Iyer (VA Bar No. 94100)
Kevin H. Sprenger (VA Bar No. 98588)
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
ksprenger@daignaultiyer.com
DAIGNAULT IYER LLP
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182
(202) 330-1666

*Attorneys for SoundClear Technologies LLC.*

*Not admitted to practice in Virginia