AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| SOUNDCLEAR TECHNOLOGIES LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00729 |
| GOOGLE LLC ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SOUNDCLEAR TECHNOLOGIES LLC.

Date: 05/01/2024

/s/ Chandran B. Iyer
*Attorney's signature*

Chandran B. Iyer / 94100
*Printed name and bar number*

Daignault Iyer LLP
8618 Westwood Center Drive - Ste. 150
Vienna, VA 22182

*Address*

cbiyer@daignaultiyer.com
*E-mail address*

(202) 330-1666
*Telephone number*

*FAX number*