AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| SOUNDCLEAR TECHNOLOGIES LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-00729 |
| GOOGLE LLC ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SOUNDCLEAR TECHNOLOGIES LLC                                                                                    .

Date:     05/01/2024                                                                /s/ Kevin H. Sprenger
                                                                                                *Attorney's signature*

                                                                          Kevin H. Sprenger / 98588
                                                                                *Printed name and bar number*
                                                                                Daignault Iyer LLP
                                                                  8618 Westwood Center Drive - Ste. 150
                                                                                Vienna, VA 22182

                                                                                *Address*

                                                                          ksprenger@daignaultiyer.com
                                                                                *E-mail address*

                                                                                (703) 712-1145
                                                                                *Telephone number*

                                                                                *FAX number*